UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FARGO ELECTRICAL, INC., et al.,<br><br>　　　　　　　Defendants. | C21-1191 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The deadline for filing a Joint Status Report and Discovery Plan in the form set forth in the Order entered September 2, 2021, docket no. 2, is sua sponte EXTENDED from November 1, 2021, to December 6, 2021.

　　　(2)　Absent timely filing of the Joint Status Report by December 6, 2021, or cause shown for failing to comply with the Order requiring Joint Status Report, docket no. 2., this action shall be DISMISSED without prejudice.

　　　(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 15th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1