UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FARGO ELECTRICAL INC., et al.,<br><br>Defendants. | C21-1191 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Default against Defendants having been entered by Order dated December 15, 2021, docket no. 10, and seven months having elapsed since then without further activity in this case, Plaintiffs are DIRECTED to file, on or before **August 12, 2022**, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs; and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of July, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1